Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
ALICE SELF

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| ALICE SELF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | ) **Case No.: 2:10-cv-03082-FCD -CMK**<br>)<br>)<br>)<br>) **NOTICE OF SETTLEMENT**<br>)<br>)<br>)<br>) |

　　　NOW COMES the Plaintiff, ALICE SELF, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

　　　Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

- 1 -

NOTICE OF SETTLEMENT

DATED: April 22, 2011                    KROHN & MOSS, LTD.


                                By: /s/ Nicholas J. Bontrager            _

                                    Nicholas J. Bontrager,
                                    Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 22, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.



                                By:    /s/ Nicholas J. Bontrager         _

                                       Nicholas J. Bontrager, Esq.