Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
ALICE SELF

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| ALICE SELF, | ) **Case No.: 2:10-cv-03082-FCD -CMK** |
| Plaintiff, | ) |
| v. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| NCO FINANCIAL SYSTEMS, INC., | ) **WITH PREJUDICE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff, ALICE SELF, and Defendant, NCO FINANCIAL SYSTEMS, INC., through their respective counsel of record, that the above titled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear their own costs and expenses.

Dated: 05/16/11          KROHN & MOSS LTD

                         /s/ Nicholas J. Bontrager
                         Nicholas J. Bontrager, Esq.
                         Attorney for Plaintiff,
                         Alice Self

Dated: 05/16/11          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                         /s/ Sondra R. Levine
                         Sondra R. Levine
                         Attorneys for Defendant,
                         NCO Financial Systems, Inc.