Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
ALICE SELF

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| ALICE SELF, | Case No.: 2:10-cv-03082-FCD -CMK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, ALICE SELF, and Defendant, NCO FINANCIAL SYSTEMS, INC., through their respective counsel of record, that the above titled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear their own costs and expenses.

Dated: 05/16/11            KROHN & MOSS LTD

                           /s/ Nicholas J. Bontrager
                           Nicholas J. Bontrager, Esq.
                           Attorney for Plaintiff,
                           Alice Self

Dated: 05/16/11            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                            /s/ Sondra R. Levine
                            Sondra R. Levine
                            Attorneys for Defendant,
                            NCO Financial Systems, Inc.

1

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| ALICE SELF,<br><br>           Plaintiff,<br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | Case No.: 2:10-cv-03082-FCD -CMK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order